**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

LORINE MITCHELL                                                              PLAINTIFF

vs.                                                         CAUSE NO. 3:17-CV-00170-MPM-RP

STATE FARM FIRE AND CASUALTY COMPANY                          DEFENDANT

**STATE FARM'S MOTION TO STRIKE
THE DECLARATION OF T. JOSEPH SNODGRASS**

Pursuant to L.U.Civ.R. 7, Fed. R. Civ. P. Rule 16(f), and Fed. R. Evid. 802, Defendant

State Farm Fire and Casualty Company ("State Farm") respectfully moves the Court to strike the

Declaration of T. Joseph Snodgrass in Support of Plaintiff's Motion for Class Certification [115-

7] because it contains inadmissible hearsay and was produced long after the period allowed for

discovery related to class certification.  A memorandum in support of this Motion is filed

separately herewith.

In addition, State Farm respectfully submits the following documents as Exhibits to its

Motion:

| | |
|---|---|
| **EXHIBIT 1** | July 20, 2018 Declaration of T. Joseph Snodgrass |
| **EXHIBIT 2** | State Farm's Responses to Plaintiff's First Set of Interrogatories |
| **EXHIBIT 3** | January 17, 2018 Email |
| **EXHIBIT 4** | State Farm's Responses to Plaintiff's Second Set of Interrogatories |
| **EXHIBIT 5** | March 29, 2018 Email |
| **EXHIBIT 6** | Excerpts from SFMITCHELL00050803PROD |
| **EXHIBIT 7** | Plaintiff's Response to State Farm's First Set of Requests to Produce |
| **EXHIBIT 8** | Plaintiff's Answers to State Farm's First Set of Interrogatories |

**EXHIBIT 9**        Plaintiff's Initial Disclosures

**EXHIBIT 10**     Plaintiff's Supplemental Initial Disclosures

**EXHIBIT 11**     Plaintiff's Supplemental Response to State Farm's Request for Production No. 17

Dated: August 22, 2018            Respectfully submitted,

*/s/ Heidi Dalenberg*

H. Scot Spragins
HICKMAN GOZA & SPRAGINS, PLLC
1305 Madison Ave.
Oxford, MS 38655
Tel. 662-234-4000
Fax. 662-234-2000
Email: sspragins@hickmanlaw.com

Joseph A. Cancila, Jr.*
Heidi Dalenberg*
Jacob L. Kahn*
Mariangela M. Seale*
Tal C. Chaiken*
RILEY SAFER HOLMES & CANCILA LLP
Three First National Plaza
70 W. Madison Street, Suite 2900
Chicago, IL 60602
Tel: 312-471-8700
Email: jcancila@rshc-law.com
       hdalenberg@rshc-law.com
       jkahn@rshc-law.com
       mseale@rshc-law.com
       tchaiken@rshc-law.com
* Admitted *pro hac vice*

*Attorneys for Defendant State Farm Fire and Casualty Company*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

This 22nd day of August 2018.

*/s/ Heidi Dalenberg*