# EXHIBIT 4



# Berryman

426 N.W. 5TH
Oklahoma City, OK 73102
Office: (405) 235-4646
Fax: (405) 235-3311
Email: mberryman@berrymanokc.com

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**

May 21, 2018

Joseph A. Cancila, Jr.
Riley Safer Holmes & Cancila, LLP
Three First National Plaza
70 West Madison Street, Suite 2900
Chicago, Illinois 60602

**Re:     Lorine Mitchell, individually and on
         behalf of all others similarly situated,
         Plaintiff**

**v.**

**State Farm Fire & Casualty Company,
Defendant
United States District Court
Northern District of Mississippi
Oxford Division
No. 3:17-cv-00170-MPM-RP**

Dear Mr. Cancila:

Confidential Pursuant to Protective Order
Lorine Mitchell v. State Farm Fire & Casualty Company          May 21, 2018
U.S.D.C., N.D. Mississippi, Oxford Division                    Page 2

Confidential Pursuant to Protective Order

Lorine Mitchell v. State Farm Fire & Casualty Company                    May 21, 2018
U.S.D.C., N.D. Mississippi, Oxford Division                              Page 3

Confidential Pursuant to Protective Order

Lorine Mitchell v. State Farm Fire & Casualty Company                    May 21, 2018
U.S.D.C., N.D. Mississippi, Oxford Division                              Page 4

Confidential Pursuant to Protective Order
Lorine Mitchell v. State Farm Fire & Casualty Company          May 21, 2018
U.S.D.C., N.D. Mississippi, Oxford Division                    Page 5

Confidential Pursuant to Protective Order

Lorine Mitchell v. State Farm Fire & Casualty Company                           May 21, 2018
U.S.D.C., N.D. Mississippi, Oxford Division                                      Page 6

Confidential Pursuant to Protective Order

Lorine Mitchell v. State Farm Fire & Casualty Company                          May 21, 2018
U.S.D.C., N.D. Mississippi, Oxford Division                                    Page 7

Confidential Pursuant to Protective Order

Lorine Mitchell v. State Farm Fire & Casualty Company                    May 21, 2018
U.S.D.C., N.D. Mississippi, Oxford Division                              Page 8

Confidential Pursuant to Protective Order

Lorine Mitchell v. State Farm Fire & Casualty Company          May 21, 2018
U.S.D.C., N.D. Mississippi, Oxford Division          Page 9

Confidential Pursuant to Protective Order

Lorine Mitchell v. State Farm Fire & Casualty Company                    May 21, 2018
U.S.D.C., N.D. Mississippi, Oxford Division                              Page 10

Confidential Pursuant to Protective Order

Lorine Mitchell v. State Farm Fire & Casualty Company          May 21, 2018
U.S.D.C., N.D. Mississippi, Oxford Division                    Page 11

Confidential Pursuant to Protective Order

Lorine Mitchell v. State Farm Fire & Casualty Company                    May 21, 2018
U.S.D.C., N.D. Mississippi, Oxford Division                              Page 13

Confidential Pursuant to Protective Order

Lorine Mitchell v. State Farm Fire & Casualty Company          May 21, 2018
U.S.D.C., N.D. Mississippi, Oxford Division                    Page 14

Confidential Pursuant to Protective Order

Lorine Mitchell v. State Farm Fire & Casualty Company    May 21, 2018
U.S.D.C., N.D. Mississippi, Oxford Division    Page 15

Confidential Pursuant to Protective Order

Lorine Mitchell v. State Farm Fire & Casualty Company                    May 21, 2018
U.S.D.C., N.D. Mississippi, Oxford Division                                      Page 16

Lorine Mitchell v. State Farm Fire & Casualty Company
U.S.D.C., N.D. Mississippi, Oxford Division

May 21, 2018
Page 17

Confidential Pursuant to Protective Order

Lorine Mitchell v. State Farm Fire & Casualty Company
U.S.D.C., N.D. Mississippi, Oxford Division

May 21, 2018
Page 18

Confidential Pursuant to Protective Order

Lorine Mitchell v. State Farm Fire & Casualty Company          May 21, 2018
U.S.D.C., N.D. Mississippi, Oxford Division                    Page 19

Confidential Pursuant to Protective Order

Lorine Mitchell v. State Farm Fire & Casualty Company                May 21, 2018
U.S.D.C., N.D. Mississippi, Oxford Division                          Page 20

Confidential Pursuant to Protective Order

Lorine Mitchell v. State Farm Fire & Casualty Company                    May 21, 2018
U.S.D.C., N.D. Mississippi, Oxford Division                              Page 21

Confidential Pursuant to Protective Order

Lorine Mitchell v. State Farm Fire & Casualty Company
U.S.D.C., N.D. Mississippi, Oxford Division

May 21, 2018
Page 22

Confidential Pursuant to Protective Order

Lorine Mitchell v. State Farm Fire & Casualty Company                    May 21, 2018
U.S.D.C., N.D. Mississippi, Oxford Division                               Page 23

Confidential Pursuant to Protective Order

Lorine Mitchell v. State Farm Fire & Casualty Company
U.S.D.C., N.D. Mississippi, Oxford Division

May 21, 2018
Page 24

Lorine Mitchell v. State Farm Fire & Casualty Company                    May 21, 2018
U.S.D.C., N.D. Mississippi, Oxford Division                              Page 25

Confidential Pursuant to Protective Order

Lorine Mitchell v. State Farm Fire & Casualty Company          May 21, 2018
U.S.D.C., N.D. Mississippi, Oxford Division                    Page 26

Confidential Pursuant to Protective Order

Lorine Mitchell v. State Farm Fire & Casualty Company                    May 21, 2018
U.S.D.C., N.D. Mississippi, Oxford Division                              Page 27

Confidential Pursuant to Protective Order

Lorine Mitchell v. State Farm Fire & Casualty Company                    May 21, 2018
U.S.D.C., N.D. Mississippi, Oxford Division                               Page 28

Confidential Pursuant to Protective Order

Lorine Mitchell v. State Farm Fire & Casualty Company          May 21, 2018
U.S.D.C., N.D. Mississippi, Oxford Division                    Page 29

Confidential Pursuant to Protective Order

Lorine Mitchell v. State Farm Fire & Casualty Company                    May 21, 2018
U.S.D.C., N.D. Mississippi, Oxford Division                              Page 30

Confidential Pursuant to Protective Order

Confidential Pursuant to Protective Order

Lorine Mitchell v. State Farm Fire & Casualty Company                May 21, 2018
U.S.D.C., N.D. Mississippi, Oxford Division                          Page 33

Confidential Pursuant to Protective Order

Lorine Mitchell v. State Farm Fire & Casualty Company                    May 21, 2018
U.S.D.C., N.D. Mississippi, Oxford Division                              Page 34

Confidential Pursuant to Protective Order

Lorine Mitchell v. State Farm Fire & Casualty Company                    May 21, 2018
U.S.D.C., N.D. Mississippi, Oxford Division                              Page 35

Confidential Pursuant to Protective Order

Lorine Mitchell v. State Farm Fire & Casualty Company                    May 21, 2018
U.S.D.C., N.D. Mississippi, Oxford Division                              Page 36

Confidential Pursuant to Protective Order

Lorine Mitchell v. State Farm Fire & Casualty Company                    May 21, 2018
U.S.D.C., N.D. Mississippi, Oxford Division                              Page 37

Lorine Mitchell v. State Farm Fire & Casualty Company                    May 21, 2018
U.S.D.C., N.D. Mississippi, Oxford Division                              Page 38

Lorine Mitchell v. State Farm Fire & Casualty Company                    May 21, 2018
U.S.D.C., N.D. Mississippi, Oxford Division                               Page 39

Confidential Pursuant to Protective Order

Lorine Mitchell v. State Farm Fire & Casualty Company          May 21, 2018
U.S.D.C., N.D. Mississippi, Oxford Division          Page 40

Confidential Pursuant to Protective Order

Lorine Mitchell v. State Farm Fire & Casualty Company          May 21, 2018
U.S.D.C., N.D. Mississippi, Oxford Division                    Page 41

Confidential Pursuant to Protective Order

Lorine Mitchell v. State Farm Fire & Casualty Company                    May 21, 2018
U.S.D.C., N.D. Mississippi, Oxford Division                              Page 42

Confidential Pursuant to Protective Order

Lorine Mitchell v. State Farm Fire & Casualty Company                    May 21, 2018
U.S.D.C., N.D. Mississippi, Oxford Division                              Page 43

Confidential Pursuant to Protective Order

Lorine Mitchell v. State Farm Fire & Casualty Company                    May 21, 2018
U.S.D.C., N.D. Mississippi, Oxford Division                              Page 44

Confidential Pursuant to Protective Order

Lorine Mitchell v. State Farm Fire & Casualty Company                    May 21, 2018
U.S.D.C., N.D. Mississippi, Oxford Division                              Page 45

Confidential Pursuant to Protective Order

Lorine Mitchell v. State Farm Fire & Casualty Company
U.S.D.C., N.D. Mississippi, Oxford Division

May 21, 2018
Page 46

Confidential Pursuant to Protective Order

Lorine Mitchell v. State Farm Fire & Casualty Company      May 21, 2018

U.S.D.C., N.D. Mississippi, Oxford Division      Page 47

Lorine Mitchell v. State Farm Fire & Casualty Company                    May 21, 2018
U.S.D.C., N.D. Mississippi, Oxford Division                              Page 48

Confidential Pursuant to Protective Order

Lorine Mitchell v. State Farm Fire & Casualty Company                    May 21, 2018
U.S.D.C., N.D. Mississippi, Oxford Division                              Page 49