FORM 2(f) (ND/SD MISS. DEC. 2016)

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI OXFORD DIVISION

Lorine Mitchell )
  )
      Plaintiff(s), )
  )
vs. ) Case No. 3:17-CV-170-MPM-RP
  )
State Farm Fire and Casualty Co. )
  )
      Defendant(s). )

## NOTICE OF CONVENTIONAL FILING

☑   Class Cert. Opposition is in paper form only and is being electronically filed under seal/or restriction by the Office of the Clerk pursuant to order filed on 8/24/2018. This document has been manually served on all parties.

**OR**

☐   cannot be filed electronically. This document has been manually served on all parties.

Heidi Dalenberg
Attorney for Defendant State Farm
Address: Riley Safer Holmes & Cancila LLP
70 West Madison Street, Suite 2900
Chicago, IL 60602

Date: 8/27/2018